## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS ASSOCIATION FOR THE MEDICALLY UNDERSERVED,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>HEALTH METRICS SYSTEMS, INC.,  )<br>)<br>Defendant.  ) | Case No. 17-CV-4005 |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Kendall Thiessen be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

HAMILTON LAW FIRM LLC

By: /s/ Patrick A. Hamilton
Patrick A. Hamilton, KS Bar No. 16154
13420 Santa Fe Trail Drive
Lenexa, KS  66215-3655
PHONE: (913) 888-7100
FAX: (913) 888-7388
patrick@lenexalaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Court's ECF system which sent electronic notification of the same this 21st day of February, 2017, to the following:

Charles T. Engle
Elizabeth Baker
ENGLE LAW, P.A.
800 SW Jackson
Suite 1000
Topeka, KS 66612
ATTORNEYS FOR PLAINTIFF